1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7

JAMES ALLEN CLARK,                     2:08-CV-903 JCM (PAL)

8                    Plaintiff,

9     v.

10    CIRCUS CIRCUS HOTEL & CASINO,

11    et al.,

12                    Defendants.

13

14                              **ORDER**

15         Presently before the court are the report and recommendations of United States Magistrate

16   Judge Peggy Leen, which were filed on April 15, 2009. (Doc. #10.) Judge Leen recommended that

17   plaintiff's complaint be dismissed unless plaintiff filed a certificate of interested parties before April

18   27, 2009.   Plaintiff did not file a certificate of interested parties in response to Judge Leen's

19   recommendation.  Instead, he filed a motion for appointment of counsel.  (Doc. #11.)

20         Although plaintiff might benefit from the assistance of counsel in this case, a person has no

21   right to counsel in civil actions. *See Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009).  However,

22   a court may under "exceptional circumstances" appoint counsel for indigent civil litigants pursuant

23   to 28 U.S.C. § 1915(e)(1).  *Id.*  Here, plaintiff has made no showing of either indigence or

24   exceptional circumstances.  In fact, plaintiff has already paid the $350 filing fee. Therefore, his

25   request for counsel will be denied.

26         Because plaintiff made some attempt to respond to Judge Leen's recommendation, he will

27   be given a short extension of time in which to file a certificate of interested parties.

28

**James C. Mahan**
**U.S. District Judge**

1    Accordingly,

2    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Magistrate Judge Leen's

3    report and recommendations (doc. #10) are AFFIRMED in part.  Plaintiff's complaint shall be

4    DISMISSED unless he files a certificate of interested parties on or before **Friday, May 29, 2009**.

5    IT IS FURTHER ORDERED that plaintiff's motion for appointment of counsel (doc. #11)

6    is DENIED.

7    DATED this 19th day of May, 2009.

8

9    _____

10   **UNITED STATES DISTRICT JUDGE**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**                                          - 2 -